UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 14-61547-CIV-LENARD/GOODMAN

IMELDA GONZALEZ,

    Plaintiff,

v.

NEW CENTURY MORTGAGE, et al.,

    Defendants.
_____/

## ORDER REQUIRING PLAINTIFF TO RE-FILE HER MOTION TO PROCEED *IN FORMA PAUPERIS*, PAY THE REQUISITE FILING FEE, OR ELSE SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED

This matter is before the Court on the District Court's referral [ECF No. 5] of Plaintiff's Application to Proceed in District Court without Prepaying Fees or Costs (form AO 239) ("motion to proceed *in forma pauperis*") [ECF No. 2].

The Undersigned previously denied without prejudice Plaintiff's motion to proceed *in forma pauperis* because Plaintiff failed to sign and date the requisite affidavit contained in form AO 239. As noted in that prior Order [ECF No. 6], without the affidavit, the Court cannot verify Plaintiff's statements regarding assets, income, and expenses that must be weighed in considering whether to grant the motion to proceed *in forma pauperis*.

In that prior Order, the Undersigned noted that the Plaintiff could re-file her motion to proceed *in forma pauperis*, and that once she did, the Court would again evaluate her application.

More than two months have passed and Plaintiff has still not re-filed her motion to proceed *in forma pauperis*. The Undersigned, by this Order, will give Plaintiff an additional period of time to re-file her motion to proceed *in forma pauperis* or to pay the $400.00 filing fee necessary to file her complaint. **Plaintiff has until December 1, 2014 to re-file her motion to proceed *in forma pauperis*, with a properly signed affidavit, to pay the $400.00 filing fee necessary to file her complaint, or else to show cause why this case should not be dismissed. If the Plaintiff fails to meet this deadline, then the Undersigned will recommend to the District Court that this action be dismissed.**[1]

**DONE and ORDERED** in Chambers, in Miami, Florida, November 3, 2014.

Jonathan Goodman
UNITED STATES MAGISTRATE JUDGE

---

[1] The Eleventh Circuit has affirmed *sua sponte* dismissal *with prejudice* of a pro se plaintiff's case for repeated failure to prosecute after a finding that lesser sanctions would not remedy the plaintiff's intransigence. *See Thomas v. Montgomery Cnty. Bd. of Educ.*, 170 F. App'x 623, 626 (11th Cir. 2006). In this case, should Plaintiff continue to fail to re-file her motion to proceed *in forma pauperis* there would be ample ground for a finding that lesser sanctions would not cure her intransigence -- Plaintiff will have failed to prosecute her case.

<u>Copies furnished to:</u>
Hon. Joan A. Lenard

Imelda Gonzalez
1304 Orange Isle
Fort Lauderdale, FL 33315
**PRO SE**